UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY ZIMMERMAN | ) |
| | ) |
| Plaintiff, | ) Case: 1:23-cv-06262 |
| | ) |
| v. | ) |
| | ) |
| SAGO CHICAGO, f/k/a SCHLESINGER | ) |
| CENTRAL PROCESSING SERVICES, | ) |
| | ) Jury Trial Demanded |
| Defendant. | ) |

# COMPLAINT

Plaintiff, Jeffrey Zimmerman ("Plaintiff"), by and through the undersigned counsel, hereby files this Complaint against Sago Chicago, f/k/a Schlesinger Central Processing Services ("Defendant"), and in support states as follows:

## NATURE OF PLAINTIFF'S CLAIMS

1. This lawsuit arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-5 *et seq*. ("Title VII") seeking redress for Defendant's discrimination on the basis of Plaintiff's sex.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331. This action is authorized and instituted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-5 *et seq*.

3. Venue of this action properly lies in the Northern District of Illinois, Eastern Division, pursuant to 42 U.S.C. §2000e-5(f)(3) and 28 U.S.C. §1391(b) insofar as Defendant operates and transacts business in this judicial district and the events giving rise to Plaintiff's

claims occurred within this District.

## ADMINISTRATIVE PREREQUISITES

4. All conditions precedent to jurisdiction under §706 of Title VII, 42 U.S.C. §2000e-5, have occurred or been complied with.

5. A charge of employment discrimination on basis of sex, sexual harassment, and retaliatory discharge was filed by the Plaintiff with the Equal Employment Opportunity Commission ("EEOC") and the Illinois Department of Human Rights ("IDHR"). (attached hereto as Exhibit "A").

6. Plaintiff received a Notice of Right to Sue from the EEOC (attached hereto as Exhibit "B"), and Plaintiff filed this lawsuit within ninety (90) days of Plaintiff's receipt of the EEOC's Notice of Right to Sue.

## PARTIES

7. At all times material to the allegations of this Complaint, Plaintiff, Jeffrey Zimmerman resided in McHenry County in the State of Illinois.

8. At all times material to the allegations in this Complaint, Defendant, SAGO Chicago, f/k/a Schlesinger Central Processing Services was a limited liability company doing business in and for Cook County whose address is 625 N. Michigan Avenue, #2600, Chicago, IL 60611 and headquartered at 101 South Wood Avenue, Islen, New Jersey, 08830.

9. Plaintiff was employed by Defendant as an "employee" within the meaning of 42 U.S.C §2000e(f).

10. During the applicable limitations period, Defendant has had at least fifteen employees, has been an "employer" as defined by Title VII, and has been engaged in an industry affecting commerce within the meaning of Title VII, 42 U.S.C. §2000e(b).

## **BACKGROUND FACTS**

11. Plaintiff worked for Defendant as a medical recruiter beginning on or around August 2021 until his unlawful termination on or around June 13, 2023 on the basis of his sex (male).

12. Plaintiff met or exceeded Defendant's performance expectations during the entire duration of his employment.

13. Plaintiff is male and is a member of a protected class because of his sex.

14. Since at least June 6, 2023 through June 13, 2023, Defendant has subjected Plaintiff to different terms and conditions of employment than others not within his protected class and has been subjected to a hostile work environment on the basis of sex in violation of Title VII.

15. On or around June 6, 2023, Plaintiff attended a work-related video conference meeting.

16. Out of the fifteen recruiters (those similarly situated to Plaintiff), only three were males.

17. The meeting occurred without any major events.

18. However, on or around June 13, 2023, Defendant informed Plaintiff that he was being terminated.

19. When Plaintiff challenged his termination, Defendant told him he was terminated because he rolled his eyes in response to a comment made during the June 6, 2023 meeting and because of a note Plaintiff scribbled.

20. Plaintiff explained the note was a reminder of his future training schedule, and nothing inappropriate.

21. Nevertheless, Defendant maintained the termination of Plaintiff's employment.

22. Plaintiff was shocked, as his female colleagues regularly roll their eyes during work interactions without consequence.

23. Ultimately, Plaintiff was unlawfully terminated because of his sex, (male) on June 13, 2023.

24. Defendant's purported justification for terminating Plaintiff's employment is pretext for unlawful discrimination.

25. Plaintiff suffered multiple adverse employment actions including, but not limited to, being terminated.

## COUNT I
### Violation of Title VII of the Civil Rights Act of 1964
### (Sex-Based Discrimination)

26. Plaintiff repeats and re-alleges paragraphs 1-25 as if fully stated herein.

27. By virtue of the conduct alleged herein, Defendant intentionally discriminated against Plaintiff based of Plaintiff's sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, *et seq*.

28. Plaintiff met or exceeded performance expectations.

29. Plaintiff was treated less favorably than similarly situated employees outside of Plaintiff's protected class.

30. Defendant terminated Plaintiff's employment on the basis of Plaintiff's sex.

31. Plaintiff is a member of a protected class under Title VII due to Plaintiff's sex.

32. Defendant acted in willful and/or reckless disregard of Plaintiff's protected rights.

33. As a direct and proximate result of the discrimination described above, Plaintiff

has suffered and continues to suffer loss of employment, loss of income, loss of employment benefits and has suffered and continues to suffer mental anguish, distress, humiliation, and loss of enjoyment of life.

## RELIEF REQUESTED

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. Back pay and benefits;

b. Interest on back pay and benefits;

c. Front pay and benefits;

d. Compensatory damages for emotional pain and suffering;

e. Pre-judgment and post-judgment interest;

f. Injunctive relief;

g. Liquidated damages;

h. Punitive damages;

i. Reasonable attorney's fees and costs; and

j. For any other relief this Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests that all issues be submitted to and determined by a jury.

Dated this 28th day of August 2023.

/s/ *Nathan C. Volheim*
**NATHAN C. VOLHEIM, ESQ.**
IL Bar No.: 6302103
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax (630) 575 - 8188
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

/s/ *Travis P. Lampert*
**TRAVIS P. LAMPERT, ESQ.**
IL Bar No.: 99843
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 581-5456
Fax (630) 575-8188
*Attorney for Plaintiff*