AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



## SUMMONS IN A CIVIL CASE

JEFFREY ZIMMERMAN

                CASE NUMBER:   1:23-cv-06262

V.              ASSIGNED JUDGE:   Hon. Charles P. Kocoras

SAGO CHICAGO, f/k/a SCHLESINGER
CENTRAL PROCESSING SERVICES

DESIGNATED
MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

SAGO CHICAGO,
f/k/a SCHLESINGER CENTRAL PROCESSING SERVICES
625 N. MICHIGAN AVENUE, #2600
CHICAGO, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Maureen Kennedy*

(By) DEPUTY CLERK

August 28, 2023

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-06262

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey Zimmerman v Sago Chicago
was received by me on *(date)* 08/31/2023 .

☐ I personally served the summons on the individual at *(place)* 625 N. Michigan Ave., Suite 2600, Chicago, IL
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Ian Elliot, Customer Service Rep - Authorized for , who is
designated by law to accept service of process on behalf of *(name of organization)* Sago Chicago
_____ on *(date)* 09/05/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/05/2023

*Server's signature*

John Sanner - Process Server
*Printed name and title*

FOR: R.O.S. Consulting, Inc. 117-001339
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585
*Server's address*

Additional information regarding attempted service, etc: