# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeffrey Zimmerman

                    Plaintiff,

v.                                                       Case No.: 1:23−cv−06262

                                                               Honorable Charles P. Kocoras

Sago Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras:Plaintiff's motion for default [5] is granted. The Court will take under advisement the motion for entry of default judgment. Plaintiff's counsel shall file an affidavit justifying damages and/or stating what relief is sought before default judgment is entered. The affidavit shall be filed by 10/13/23.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.