# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Jeffrey Zimmerman v. SAGO Chicago f/k/a Schlesinger Central Processing Services

Case Number: 1:23-cv-06262

An appearance is hereby filed by the undersigned as attorney for:
SAGO Chicago f/k/a Schlesinger Central Processing Services

Attorney name (type or print): Michael J. Roman

Firm: Lewis Brisbois Bisgaard & Smith LLP

Street address: 550 W. Adams, Suite 300

City/State/Zip: Chicago, Illinois 60661

Bar ID Number:
(See item 3 in instructions)

Telephone Number: 312-463-3472

Email Address: michael.roman@lewisbrisbois.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 12, 2023

Attorney signature: S/ Michael J. Roman
(Use electronic signature if the appearance form is filed electronically.)

130648059.1